# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVSION

| | |
|---|---|
| Peter Miller,<br><br>        Plaintiff,<br><br> vs.<br><br>Westlake Financial,<br><br>        Defendant. | Case No.: 2:19-cv-06722-PA-AFM<br><br>**ORDER** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: October 28, 2019

                                          Hon. Percy Anderson